IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED

| | | |
|---|---|---|
| RUSSELL T. RAY | * | 2002 DEC 11 P 3: 53 |
| Plaintiff | * | |
| v. | * | 'S OFFICE AT BALTIMORE |
| | * | Civil Action No. JFM-02-CV-3631 |
| CREDIT SUISSE FIRST BOSTON CORPORATION | * | DEPUTY |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL

Russell T. Ray, plaintiff, by his undersigned counsel, hereby dismisses the above-captioned action, with prejudice. This dismissal is entered pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure in that the adverse party has not answered or filed a motion for summary judgment. Costs shall be borne by the plaintiff.

William C. Sammons, Bar No. 02366
William S. Heyman, Bar No. 23036
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
410-752-9700


Martin D. Edel
Adam J. Safer
Miller & Wrubel P.C.
250 Park Avenue
New York, New York 10177
212-336-3500

Attorneys for Plaintiff

#323237

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2002, a copy of the foregoing Notice

of Voluntary Dismissal was sent by first-class mail, postage prepaid, to:


Mark D. Gately, Esquire
Mark S. Saudek, Esquire
Hogan & Hartson L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, Maryland  21202

Attorneys for Defendant
Credit Suisse First Boston Corporation



William C. Sammons

#323237

ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON D.C. OFFICE
202/296-1642
FAX 202/828-4130

**WILLIAM C. SAMMONS**
410/752 9706
wsammons@tydingslaw.com

*(Court filing stamp:)* FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 DEC 11 P 3: 53 CLERK'S OFFICE AT BALTIMORE BY_____DEPUTY

December 11, 2002

**_By Hand Delivery_**

Clerk
United States District Court
    for the District of Maryland
United States Court House
4th Floor
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Russell T. Ray v. Credit Suisse
              First Boston Corporation
              <u>Civil Action No. JFM-02-CV-3631</u>

Dear Clerk:

      Enclosed for filing in the above case are the original and three copies of a Notice of Voluntary Dismissal.

      Please date-stamp the extra copy and return it to me in the enclosed, self-addressed stamped envelope.

      Thank you for your assistance.

                      Sincerely yours,

                      William C. Sammons

WCS/gm
Enclosures
cc:    All Counsel

#323794